IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN NORMAN RYAN,

        Civil No. 09-996-BR

     Plaintiff,

        ORDER

    v.

HENRY KANTOR, et al.,

     Defendants.

BROWN, Judge.

    IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice (#12) is GRANTED.

    IT IS SO ORDERED.

    DATED this ___12th___ day of January, 2010.


          /s/ Anna J. Brown
          ANNA J. BROWN
          United States District Judge


1 - ORDER -

2 - ORDER -

P:\Brown-LawClerks\09-996ryan0112order.wpd